# IN THE SUPREME COURT OF THE STATE OF NEVADA

RIVER GLIDER AVENUE TRUST,
Appellant,
vs.
WELLS FARGO BANK, N.A., AS
INDENTURE TRUSTEE FOR THE
IMPAC CMB TRUST SERIES 2004-6,
Respondent.

No. 82065

FILED

JAN 14 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is an appeal from a district court order denying a motion for NRCP 60(b) relief in a real property matter. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.[1]

We conclude that the district court was within its discretion to deny appellant's NRCP 60(b) motion. *See Rodriguez v. Fiesta Palms, LLC*, 134 Nev. 654, 656, 428 P.3d 255, 257 (2018) ("The district court has wide discretion in deciding whether to grant or deny a motion to set aside a judgment under NRCP 60(b)."). In particular, the district court was within its discretion in determining that appellant's 13-month delay in seeking relief under NRCP 60(b)(4) was "extremely untimely" and "a prime example of unreasonableness." *See* NRCP 60(c) (requiring a motion for relief under NRCP 60(b)(4) to be "made within a reasonable time"); *see also In re Harrison Living Tr.*, 121 Nev. 217, 222-23, 112 P.3d 1058, 1061-62 (2005) (holding that even allegedly void judgments are subject to what is now NRCP 60(c)'s reasonableness requirement for seeking relief under NRCP

---

[1]Pursuant to NRAP 34(f)(1), we have determined that oral argument is not warranted in this appeal.

22-01479

60(b)(4)). In light of this conclusion, we need not address the district court's alternative basis for denying appellant's motion or the parties' alternative arguments on appeal. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, C.J.
Parraguirre

_____, J.          _____, J.
Hardesty                                     Pickering

cc:    Hon. Ronald J. Israel, District Judge
       John Boyer, Settlement Judge
       Roger P. Croteau & Associates, Ltd.
       McCarthy & Holthus, LLP/Las Vegas
       Smith Larsen & Wixom
       Eighth District Court Clerk